# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANIEL BRANDON PRINCE (#333029)

VERSUS

SIDNEY DAVIS, ET AL.

CIVIL ACTION

24-705-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated March 31, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that pursuant to 28 U.S.C. §§ 1915(e) and 1915A, all of the plaintiff's claims are dismissed with prejudice, except for plaintiff's retaliation claim, asserted against defendants Davis, Williams, and Bernard in their individual capacities. This matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on this __8th__ day of May, 2025.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.