## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DANIEL BRANDON PRINCE (#333029)

CIVIL ACTION

VERSUS

24-705-SDD-RLB

SIDNEY DAVIS, ET AL.

## RULING

The Court has carefully considered the *Motion,*[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated January 14, 2026, to which to which a *Memorandum Response*[3] and *Motion for Leave to File a Sur-Reply with Supporting Documents*[4] were filed.  The *Motion for Leave to File a Sur-Reply* was denied.  The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Defendant's *Motion to Dismiss*[5] is DENIED.

Signed in Baton Rouge, Louisiana, on this ___20___ day of May, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 27.
[3] Rec. Doc. 28.
[4] Rec. Doc. 29.
[5] Rec. Doc. 19.